IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALFORED KING,

      Plaintiff,                     No. 2:12-cv-1530 JFM P

    vs.

CORRECTIONAL OFFICER
P. MEDINA, et al.,

      Defendants.           ORDER TO SHOW CAUSE
_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed his complaint on June 7, 2012, and paid the filing fee. By order filed November 14, 2012, plaintiff was ordered to complete service of process on defendants J. Guillory and P. Medina within sixty days. On December 26, 2012, plaintiff filed a document in which he represents that he served summons on both defendants by certified mail. (ECF No. 10.) The document includes copies of two certified mail receipts. Nothing has been filed in this action since that date. Specifically, no signed waiver or acknowledgment of service has been filed, nor is there evidence in the record of precisely what documents were mailed to defendants Guillory and Medina. Cf. Fed. R. Civ. P. 4; Cal. Code Civ. P. 415.30. Thus, the record does not reflect that defendants have been properly served with process in this action.

/////

1

Accordingly, good cause appearing, IT IS HEREBY ORDERED that within fifteen days from the date of this order plaintiff shall show cause in writing, if any he has why this action should not be dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m).

Dated: April 17, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12
king1530.osc