IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALFRED H. KING,

            Plaintiff,                No.  2:12-cv-1530 JFM P

     vs.

CORRECTIONAL OFFICER
P. MEDINA, et al.,

            Defendants.           ORDER

_____/

        Plaintiff is proceeding with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has paid the filing fee for this action.  By order filed November 14, 2012, plaintiff was ordered to complete service of process on defendants J. Guillory and P. Medina within sixty days.  On December 26, 2012, plaintiff filed a document in which he represents that he served summons on both defendants by certified mail.  (ECF No. 10.)  The document includes copies of two certified mail receipts.  Nothing has been filed in this action since that date.  Specifically, no signed waiver or acknowledgment of service has been filed, nor is there evidence in the record of precisely what documents were mailed to defendants Guillory and Medina.  Cf. Fed. R. Civ. P. 4; Cal. Code Civ. P. 415.30.  Thus, the record does not reflect that defendants have been properly served with process in this action.  For that reason, on April 17, 2013, plaintiff was ordered to

1

1   show cause in writing why this action should not be dismissed without prejudice pursuant to Fed.

2   R. Civ. P. 4(m).  Plaintiff has now filed a response to the order to show cause.

3          In his response, plaintiff states that he mailed a civil summons, the complaint, and

4   a form Consent to Proceed Before a United States Magistrate Judge by certified mail to each

5   defendant.  Pursuant to Fed. R. Civ. P. 4, a plaintiff may notify a defendant by mail "that an

6   action has been commenced and request that the defendant waive service of a summons."  Fed.

7   R. Civ. P. 4(d).  Such a request must comply with the requirements of Rule 4(d) and include two

8   copies of a form for waiving service and a "prepaid means for returning the form."  Id.  These

9   requirements are substantially similar to the requirements of California Code of Civil Procedure

10  § 415.30(b) for service by mail.  Plaintiff did not include forms requesting waiver of service in

11  his certified mail to defendants.[1]  Plaintiff opposes dismissal of this action.

12         Good cause appearing, plaintiff will be granted a period of twenty days in which

13  to either complete service of process or properly request that defendants waive service of process

14  in accordance with Fed. R. Civ. P. 4, or to file a request for service of process by the United

15  States Marshal.  Should plaintiff choose the latter option he will be required to pay the full costs

16  of such service.

17         In accordance with the above, I T IS HEREBY ORDERED that:

18         1.  The April 17, 2013 order to show cause is discharged; and

19         2.  Plaintiff is granted twenty days from the date of this order to either complete

20  service of process or properly request that defendants waive service of process in accordance

21  /////

22  /////

23  /////

24  ——————————

25  [1]  Contrary to plaintiff's suggestion, the court did not advise plaintiff in the November 14, 2012 order of the manner in which to effect service.  Rather, the order directed plaintiff to

26  "complete service of process in accordance with Federal Rule of Civil Procedure 4...."  Order filed November 14, 2012 (ECF No. 4) at 2.

1   with Fed. R. Civ. P. 4, or to file a request for service of process by the United States Marshal.

2   Should plaintiff choose the latter option he will be required to pay the full costs of such service.

3    Dated: April 29, 2013

4

5                                          CAROLYN K. DELANEY
                                           UNITED STATES MAGISTRATE JUDGE
6

7

8
    12
9   king1530.svc

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26