IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALFRED KING,

    Plaintiff,                    No. 2:12-cv-1530 JFM P

    vs.

CORRECTIONAL OFFICER
P. MEDINA, et al.,

    Defendants.               ORDER TO SHOW CAUSE

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed his complaint on June 7, 2012, and paid the filing fee. By order filed November 14, 2012, plaintiff was ordered to complete service of process on defendants J. Guillory and P. Medina within sixty days. On December 26, 2012, plaintiff filed a document in which he represented that he had served summons on both defendants by certified mail. (ECF No. 10.) The document included copies of two certified mail receipts.

        On April 17, 2013, plaintiff was ordered to show cause in writing why the action should not be dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m). (ECF No. 11). In the order to show cause, the court found that no signed waiver or acknowledgment of service had been filed, nor was there evidence in the record of precisely what documents were mailed to defendants Guillory and Medina. Cf. Fed. R. Civ. P. 4; Cal. Code Civ. P. 415.30. For those

reasons, the court found that the record did not reflect that defendants have been properly served with process in this action.

On April 24, 2013, plaintiff filed a response to the order to show cause (ECF No. 12). By order filed April 29, 2013 (ECF No. 13), the court found that plaintiff had not properly served defendants by mail. The court therefore granted plaintiff a period of twenty days in which to either complete service of process, properly request that defendants waive service of process in accordance with Fed. R. Civ. P. 5, or file a request for service of process by the United States Marshal. Order filed April 29, 2013 (ECF No. 13) at 2. On May 13, 2013, plaintiff filed a response to the April 29, 2013 order (ECF No. 14). Plaintiff stated that he would be completing service of process himself, again by mail, and that he would not request that defendants' waive service of process. He did not request service by the United States Marshal. Plaintiff's planned method for service on defendants is not in compliance with the requirements of Rule 4 of the Federal Rules of Civil Procedure, nor is there proof in the record that defendants have been properly served. The time for service of process has now passed, see Fed. R. Civ. P. 4(m), and there is no proof that defendants have been properly served in this action.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that within fifteen days from the date of this order plaintiff shall show cause in writing why this action should not be dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m).

Dated: July 1, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12
king1530.osc2

2